**ROBERT G. LEVITT**
Attorney at Law
600 17th Street
Suite 2800 South
Denver, Colorado 80202
Tel (303) 377-9000
Fax (303) 329-9747



Licensed to practice law in Colorado, District of Columbia, Georgia, and Texas

March 25, 2005

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

　　RE: <u>UNITED STATES OF AMERICA V. IGNAZIO LENA</u>: CASE NO. 89-49-3-JRR

Dear Sir:

　　Please file the enclosed Motion in the above referenced case. Please stamp an extra copy and return in the postage paid envelope. Thank you for your assistance in this matter.

　　If you have any questions, please do not hesitate to contact me at the telephone number indicated above.

　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　Robert G. Levitt

Enc.